UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
ORLANDO PRICE, *et al.* :
: CASE NO. 1:08-CV-1860 (1:07-CV-1257)
Plaintiffs, :
:
vs. : OPINION & ORDER
: [Resolving Doc. Nos. 35, 39.]
EQUIFIRST CORPORATION, *et al.* :
:
Defendants. :
:
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Before the Court is a Rule 60(a) motion to vacate judgment filed by Plaintiffs Orlando and Darlene Price (collectively, the "Plaintiffs"). [Doc. 35.] According to the Plaintiffs, a clerical error was made when the Court initially dismissed their case *with prejudice* following settlement on August 2, 2007. [*Id.* at 5; *see also* Doc. 27.] The Plaintiffs contend that, in accordance with the parties' agreement, the case should have been dismissed *without prejudice*, thereby allowing the Plaintiffs to refile their claims. Defendants HSBC Mortgage Corporation (USA) and HSBC Mortgage Services, Inc. (collectively, "HSBC") acknowledge "that dismissal of the case with prejudice appears to have been the result of a clerical error." [Doc. 39 at 1.] Defendant EquiFirst Corporation has not responded.

The Court **GRANTS** the Plaintiffs' Rule 60(a) motion to vacate judgment and alters the

Case No. 1:08-CV-1860
Gwin, J.

August 2, 2007 judgment to reflect the fact that the earlier case should have been dismissed *without prejudice*.

      IT IS SO ORDERED.


Dated: March 23, 2009                        s/ *James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE